■ Village of Mamaroneck, Respondent, v P. B. U., Inc., et al., Appellants.—In a condemnation proceeding, the defendants appeal from so much of a judgment of the Supreme Court, Westchester County, dated July 3, 1975, as, after a nonjury trial, fixed the damages for the taking. Judgment affirmed insofar as appealed from, with costs. In our opinion the

award granted in this condemnation proceeding is not inadequate and is supported by the record. Latham, Acting P. J., Margett, Damiani, Rabin and Shapiro, JJ., concur.